WILLIAM C. JHAVERI-WEEKS (SBN 289984)
wjw@jhaveriweeks.com
SARAH ABRAHAM (SBN 326098)
sa@jhaveriweeks.com
ALLY N. GIROUARD (SBN 336625)
ag@jhaveriweeks.com
THE JHAVERI-WEEKS FIRM, P.C.
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 463-8097
Facsimile: (415) 367-1439

*Attorneys for Plaintiff Kelly Gordon Russell*

MICHAEL C. GUASCO, Bar No. 258765
mguasco@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
SIEMENS INDUSTRY SOFTWARE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY GORDON RUSSELL,<br><br>             Plaintiff,<br><br>     vs.<br><br>SIEMENS INDUSTRY SOFTWARE INC.,<br>a Delaware corporation, and DOES 1 through<br>10, inclusive,<br><br>             Defendants. | Case No.  3:23-cv-03884-LJC<br><br>**JOINT STIPULATION TO CONTINUE INITIAL DISCOVERY DEADLINE UNDER GENERAL ORDER NO. 71; [PROPOSED] ORDER**<br><br>Magistrate Judge Lisa J. Cisneros<br>Courtroom G – 15th Floor |

**JOINT STIPULATION**

Plaintiff Kelly Gordon Russell and Defendant Siemens Industry Software, Inc. (collectively, the "Parties"), through their undersigned counsel, submit this Joint Stipulation and respectfully request a continuance of the Initial Discovery deadline under General Order No. 71 pending a possible joint stipulation to arbitration. This Stipulation is based on the following:

1. This case alleges a single cause of action for whistleblower retaliation under California Labor Code section 1102.5. As such, the Parties agree that General Order No. 71 applies to the case and that the deadline for the Parties to provide their Initial Discovery is Friday, September 1, 2023.

2. On August 7, 2023, Defendant informed Plaintiff that Defendant intended to file a motion to compel arbitration. The Parties have since been discussing the possibility of stipulating to arbitrate. If the Parties do not stipulate to arbitrate, Defendant intends to file a motion to compel arbitration, which would stay discovery on the merits in the case.

3. To allow the Parties to continue discussing the possibility of a stipulation to arbitrate, and in the interests of efficiency and preservation of resources, the Parties respectfully request that the deadline for the Parties to provide Initial Discovery under General Order No. 71 be continued from September 1, 2023, to October 2, 2023.

**IT IS SO STIPULATED**.

Dated: August 31, 2023          Respectfully submitted,

                                THE JHAVERI-WEEKS FIRM, P.C.


                                By: /s/ Ally N. Girouard
                                    Ally N. Girouard
                                    *Attorney for Plaintiff Kelly Gordon Russell*

Dated: August 31, 2023          LITTLER MENDELSON, P.C.


                                By: /s/ Michael C. Guasco
                                    Michael C. Guasco
                                    *Attorney for Defendant*
                                    SIEMENS INDUSTRY SOFTWARE INC.

1

JOINT STIPULATION TO CONTINUE INITIAL DISCOVERY DEADLINE UNDER GENERAL ORDER NO. 71; [PROPOSED] ORDER – CASE NO. 3:23-CV-03884-LJC

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation and good cause appearing:

The deadline for the Parties to provide Initial Discovery under General Order No. 71, which is currently September 1, 2023, is continued to October 2, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:    September 1   , 2023

_____
Magistrate Judge Lisa J. Cisneros

**SIGNATURE ATTESTATION**

Pursuant to Norther District Civil Local Rule 5-1(h), I attest that Michael C. Guasco, counsel for Defendant, concurred in the filing of this document using his /s/ signature.

Dated:  August 31, 2023                THE JHAVERI-WEEKS FIRM, P.C.


                                        By:  /s/ Ally N. Girouard
                                             Ally N. Girouard
                                             *Attorney for Plaintiff Kelly Gordon Russell*