GREGORY G. ISKANDER, Bar No. 200215
giskander@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone:   925.932.2468
Fax No.:      925.946.9809

MICHAEL C. GUASCO, Bar No. 258765
mguasco@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:   415.433.1940
Fax No.:      415.399.8490

Attorneys for Defendant
SIEMENS INDUSTRY SOFTWARE INC.

WILLIAM C. JHAVERI-WEEKS (SBN 289984)
wjw@jhaveriweeks.com
SARAH ABRAHAM (SBN 326098)
sa@jhaveriweeks.com
ALLY N. GIROUARD (SBN 336625)
ag@jhaveriweeks.com
THE JHAVERI-WEEKS FIRM, P.C.
351 California Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 463-8097
Facsimile: (415) 367-1439

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY GORDON RUSSELL,<br><br>  Plaintiff,<br><br>  v.<br><br>SIEMENS INDUSTRY SOFTWARE INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 3:23-cv-03884-LJC<br><br>**STIPULATION TO SUBMIT ACTION TO ARBITRATION AND TO STAY PROCEEDINGS; ORDER**<br><br>Magistrate Judge Lisa J. Cisneros<br>Courtroom G – 15th Floor |

4886-8957-6587.1 / 067181-1041

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

STIPULATION TO SUBMIT ACTION TO ARBITRATION AND TO STAY PROCEEDINGS; ORDER –
CASE NO. 3:23-CV-03884-LJC

Plaintiff KELLY GORDON RUSSELL ("Plaintiff"), acting through his counsel William C. Jhaveri-Weeks, Sarah Abraham, and Ally N. Girouard of The Jhaveri-Weeks Firm, P.C, and Defendant SIEMENS INDUSTRY SOFTWARE INC. ("Defendant") acting through its counsel, Gregory Iskander and Michael G. Guasco of the law firm of littler Mendelson, P.C., hereby stipulate and agree as follows:

**WHEREAS**, Plaintiff and Defendant shall be jointly referred to as the "Parties";

**WHEREAS**, on June 27, 2023 Plaintiff filed his complaint in Superior Court, County of Alameda, alleging causes of action for Whistleblower Retaliation in violation of California Labor Code § 1102.5;

**WHEREAS**, on August 2, 2023, Defendant removed the case from State Court to Federal Court pursuant to 28 U.S.C. §§ 1332(a)(1), 1441, and 1446;

**WHEREAS** Plaintiff and a Company acquired by Defendant are parties to an arbitration agreement ("Arbitration Agreement"), a copy of which is attached to this Stipulation as **Exhibit A**;

**WHEREAS**, the Parties have met and conferred about issues related to the Arbitration Agreement;

**WHEREAS**, Defendant has provided a declaration stating that no subsequent agreements concerning dispute resolution were signed by Plaintiff, upon which the Parties agree that Plaintiff is relying in entering into this stipulation;

**WHEREAS**, the Parties have agreed to proceed with binding arbitration with a JAMS arbitrator to be mutually agreed upon; and

**WHEREAS**, the Parties have agreed that a stay of these proceedings is warranted, and that the matter will be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement, the only exception being that the term purporting to require each Party to bear its own attorneys' fees and costs shall not deprive either Party to a statutory right to recover fees and costs.

**NOW THEREFORE**, the Parties stipulate and agree that:

1) All of Plaintiff's claims against Defendant in the above-captioned action shall be submitted to final and binding arbitration pursuant to the Arbitration Agreement, before a JAMS

arbitrator mutually agreed upon by the Parties;

2) Pursuant to the Arbitration Agreement, Defendant will pay any required arbitrator's fees and each party will be responsible for its own attorney's fees and other costs, fees and disbursements incurred, other than any statutory fees or costs awarded by the arbitrator;

3) All proceedings in the District Court action shall be stayed pending the outcome of binding arbitration, except any arbitration status updates as requested by the Court.

**IT IS SO STIPULALTED.**

Dated: October 26, 2023                     LITTLER MENDELSON, P.C.


*/s/ Michael C. Guasco*
GREGORY G. ISKANDER
MICHAEL C. GUASCO

Attorneys for Defendant
SIEMENS INDUSTRY SOFTWARE INC.


Dated: October 26, 2023                     THE JHAVERI-WEEKS FIRM, P.C.

*/s/ Ally N. Girouard*
ALLY N. GIROUARD

Attorneys for Plaintiff
KELLY GORDON RUSSELL


**Electronic Signature Attestation**

The undersigned, whose ECF username and password are being used to file this document, has obtained authorization from the other registered attorney signatory to apply their "s/" signature to this document.

Dated: October 26, 2023                      /s/ *Michael C. Guasco*

                                                                  Michael C. Guasco

**ORDER**

The above STIPULATION TO SUBMIT ACTION TO ARBITRATION AND TO STAY PROCEEDINGS is approved. The Court orders as follows:

1) All of Plaintiff's claims against Defendant in the above-captioned action shall be submitted to final and binding arbitration pursuant to the Arbitration Agreement, before a JAMS arbitrator mutually agreed upon by the Parties;

2) Pursuant to the Arbitration Agreement, Defendant will pay any required arbitrator's fees and each party will be responsible for its own attorney's fees and other costs, fees and disbursements incurred, other than any statutory fees or costs awarded by the arbitrator;

3) All proceedings in the District Court action shall be stayed pending the outcome of binding arbitration, except any arbitration status updates as requested by the Court.

**IT IS SO ORDERED**.

Dated: November 1, 2023

HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

4886-8957-6587.1 / 067181-1041

4

STIPULATION TO SUBMIT ACTION TO ARBITRATION AND TO STAY PROCEEDINGS; ORDER –
CASE NO. 3:23-CV-03884-LJC

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard