UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY GORDON RUSSELL,<br><br>Plaintiff,<br><br>v.<br><br>SIEMENS INDUSTRY SOFTWARE INC.,<br><br>Defendant. | Case No. 23-cv-03884-LJC<br><br>**ORDER SETTING DEADLINE FOR ARBITRATION STATUS REPORT** |

On November 1, 2023, the Court stayed proceedings in this action pending the outcome of binding arbitration, "except any arbitration status updates as requested by the Court." ECF No. 20 at 4. The parties are hereby ordered to file a mutual status report on the matter no later than May 1, 2024, or within 20 days of the conclusion of the arbitration, whichever is sooner.

**IT IS SO ORDERED.**

Dated: December 7, 2023

LISA J. CISNEROS
United States Magistrate Judge